*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Mary Elizabeth Roark : Case No. 13–14312–sr
    Debtor(s)

***ORDER***
_____

AND NOW, this day , September 24, 2013 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

            By The Court

            Stephen Raslavich
            Judge , United States Bankruptcy Court

17
Form 195